# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Antonio Villegas-Cota,<br>A209 790 146<br>*Defendant* | )<br>)<br>)  Case No. 17-405MJ<br>)<br>)<br>)<br>) |

NOA
9/26/17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 26, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2), a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey Jr., P.S. for SAUSA Ryan J. Goldstein

☒ Continued on the attached sheet.

*Complainant's signature*
Oscar D. Estrada
U.S. Border Patrol Agent
*Printed name and title*

Reviewed, approved, and signed in person.

Date: September 27, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On or about September 26, 2017, Jesus Antonio Villegas-Cota, an alien, was found in the United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about May 9, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On or about September 26, 2017, at or near Gila Bend, in the District of Arizona, Jesus Antonio Villegas-Cota, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Oscar D. Estrada, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 26, 2017, Border Patrol Agent Patrick Holland encountered an individual near Gila Bend, in the District of Arizona. The agent identified himself as a Border Patrol agent and performed an immigration inspection on the individual. The individual, later identified as Jesus Antonio Villegas-Cota, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Villegas-Cota was transported to the Wellton Border Patrol Station for further processing. Villegas-Cota was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jesus Antonio Villegas-Cota to be a citizen of Mexico and a previously deported alien. Villegas-Cota was removed from the United States to Mexico through Calexico, California, on or about May 9, 2017, pursuant to a removal order issued by an immigration official. There is no record of Jesus Antonio Villegas-Cota in any Department of Homeland Security database to suggest that he

obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.

4. Furthermore, there is no record of Jesus Antonio Villegas-Cota in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Villegas-Cota presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Villegas-Cota entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Villegas-Cota's immigration history was matched to him by electronic fingerprint comparison.

5. On September 26, 2017, Jesus Antonio Villegas-Cota was advised of his constitutional rights. Villegas-Cota freely and willingly acknowledged his rights and agreed to answer questions or provide a statement under oath. Villegas-Cota stated that his true and correct name is Jesus Antonio Villegas-Cota and that he is a citizen of Mexico. Villegas-Cota stated that he entered the United States illegally, by walking through the desert, near San Luis Rio Colorado, Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 26, 2017, Jesus Antonio Villegas-Cota, an alien, was found in the

United States of America at or near Gila Bend, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Calexico, California, on or about May 9, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony, and on or about September 26, 2017, at or near Gila Bend, in the District of Arizona, Jesus Antonio Villegas-Cota, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.


_____
Oscar D. Estrada
United States Border Patrol Agent


Sworn to and subscribed before me
this 27th day of September, 2017.

_____
Michelle H. Burns
United States Magistrate Judge

4